# BENNETT & MOY, LLP

*ATTORNEYS AT LAW*

*599 Lexington Avenue*
*17th Floor*
*New York, New York 10022*
*Telephone: (212) 696-2116*
*Facsimile: (212) 696-2115*
*E-Mail: Alan@BennettMoy.com*

**ORDER ON ORAL MOTION**

July 27, 2010

**VIA ELECTRONIC FILING AND COURTESY COPY BY MAIL**

Honorable Magistrate Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    Jeidy Mena, Helvio Rosario and Luisa Rosario vs. John R. Gomolka and Loreen DeLotto
            Civil Action #: 09-4426 (JLL)(CCC)

Dear Honorable Magistrate Cecchi:

    My law firm represents the plaintiffs JEIDY MENA, HELVIO ROSARIO and LUISA ROSARIO in the above-captioned action, in which the plaintiffs are seeking an award of monetary damages as a result of personal injuries sustained from the negligent ownership, operation and control of defendants' motor vehicles. This correspondence is respectfully being forwarded on behalf of the plaintiffs, to request a thirty (30) day extension within which to potentially finalize a settlement of this pending action.

    By way of brief background, counsel for the parties (including counsel for other plaintiffs in various New Jersey State Court actions, commenced as a result of the same underlying motor vehicle accident) met on April 26, 2010 to discuss a global settlement of all actions, especially as the defendants had limited insurance coverage. While a firm settlement offer was forthcoming by Travelers Insurance Company of New Jersey, the insurer for the defendant JOHN R. GOMOLKA (the sum of $27,000.00), the insurer for defendant LOREEN DELOTTO (Allstate Insurance Company) needed additional time to review its files in order for a firm settlement offer to be made. Towards that end, by correspondence dated July 9, 2010, counsel for the defendant LOREEN DELOTTO requested from this Honorable Court, which was granted, a fourteen (14) day extension within which Allstate Insurance Company could complete its file review and make settlement offers to resolve all pending related actions (including the subject action).

Recently counsel for the defendant LOREEN DELOTTO has advised that Allstate Insurance Company has completed its file review, and that an offer of $10,000.00 to contribute to the settlement of the subject action on behalf of this defendant was made.

Accordingly, I would now respectfully request the opportunity to not only review the terms of defendants' total settlement offer with the plaintiffs, but if accepted to coordinate the execution and exchange of General Releases and a proposed Stipulation of Discontinuance for review and execution by this Honorable Court. I have a good-faith basis to believe that with the granting of this application for an extension, that a final settlement can be potentially be reached without the need for further litigation.

I thank this Honorable Court for its time and attention to this matter. I am available at the convenience of this Honorable Court to either conference this matter, or to provide this Honorable Court with such other information as may be needed to address and decide this application.

*The time set forth in the Order of the Hon. Jose L. Linares, U.S.D.J. dated May 17, 2010 (CM/ECF Docket Entry No. 15) is hereby extended for an additional thirty (30) days to August 27, 2010.*

Very Truly Yours,

Alan J. Bennett (AJB-1635)

cc:   **VIA FACSIMILE TRANSMISSION: (973) 292-7101**

Law Offices of William E. Staehle
Attorneys for Defendant
JOHN R. GOMOLKA
6 Century Drive
Parsippany, New Jersey 07054
Attention: Thomas F. Zborowski, Esq.

**VIA FACSIMILE TRANSMISSION: (908) 757-8039**

DiFrancesco, Bateman, Coley, Yospin, Kunzman,
Davis & Lehrer, P.C.
Attorneys for Defendant
LOREEN DELOTTO
15 Mountain Boulevard
Warren, New Jersey 07059-5686
Attention: Tom Basta, Esq.

**SO ORDERED**

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.M.J.

Date: July 29, 2010